IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| NICHOLE RICO, | § | No. 1:21-CV-587-DAE |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| FAMILY EMERGENCY ROOMS, LLC, doing business as Family Hospital System, | § § § | |
| | § | |
| Defendant. | § | |

### ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the parties' Stipulation of Dismissal. (Dkt. # 43.) The Stipulation informs the Court that the parties seek to dismiss with prejudice all claims in this suit. (Id.) Pursuant to the Stipulation, the Court hereby **ORDERS** that the case be **DISMISSED WITH PREJUDICE**, with each party to bear their own fees and costs. The Clerk's Office is thereafter **INSTRUCTED** to **CLOSE THE CASE**.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, January 11, 2023.

_____
David Alan Ezra
Senior United States District Judge